# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ANGEL HORACIO DELGADO-PARRA (1), <br><br> Defendant. | Case No. 3:19-CR-00707-JLS <br><br> JUDGMENT OF DISMISSAL <br><br> FILED <br> NOV 26 2019 <br> CLERK US DISTRICT COURT <br> SOUTHERN DISTRICT OF CALIFORNIA <br> BY _____ DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Information:

21 USC 841(a)(1),846 – Conspiracy to Distribute Fentanyl

Dated: 11/26/2019

Hon. Janis L. Sammartino
United States District Judge